# CRIMINAL COMPLAINT

**VICTIM**

| | |
|---|---|
| United States District Court | DISTRICT of ARIZONA |
| United States of America<br>v.<br>**Roberto Ramirez;**<br>DOB: 1996; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**17-06045 MJ** |

Complaint for violations of Title 8, United States Code, §§ 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii); Title 18, United States Code § 758; Title 18, United States Code §§ 111(a)(1) and 111(b); and Title 18, United States Code, § 924(c)(1)(A)(iii).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**Count One:** On or about December 24, 2017, at or near Amado, in the District of Arizona, **Roberto Ramirez**, did knowing and in reckless disregard of the fact that certain aliens, German Vasquez-Luna and Eduardo Villegas-Ocochota, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law, and during and in relation to said transportation, the defendant placed in jeopardy the lives of said aliens and causing serious bodily injury to said aliens, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii).

**Count Two:** On or about December 24, 2017, at or near Amado, in the District of Arizona, **Roberto Ramirez**, did knowingly flee and evade an immigration checkpoint located on Interstate 19 operated by the United States Border Patrol, a federal law enforcement agency, in a motor vehicle, to wit: a 2005 black Ford Escape and did flee from Federal, State or local law enforcement agents at speeds in excess of the legal speed limit, in violation of Title 18, United States Code, Section 758.

**Count Three:** On or about December 24, 2017, at or near Amado, in the District of Arizona, **Roberto Ramirez** did intentionally and forcibly assault United States Border Patrol Agent Scott Fleming, an officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, **Roberto Ramirez** intentionally fired at Agent Fleming with a .38 caliber Charter Arms Bulldog revolver, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

**Count Four:** On or about December 24, 2017, at or near Amado, in the District of Arizona, **Roberto Ramirez** did intentionally and forcibly assault United States Border Patrol Agent Charles Grimes, an officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, **Roberto Ramirez** intentionally fired at Agent Grimes with a .38 caliber Charter Arms Bulldog revolver, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

**Count Five:** On or about December 24, 2017, at or near Amado, in the District of Arizona, **Roberto Ramirez** did intentionally and forcibly assault United States Border Patrol Agent James St. Louis, an officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, **Roberto Ramirez** intentionally fired at Agent St. Louis with a .38 caliber Charter Arms Bulldog revolver, a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

**Count Six:** On or about December 24, 2017, at or near Amado, in the District of Arizona, **Roberto Ramirez**, during and in relation to a crime of violence, to wit: Aggravated Assault on United States Border Patrol Agent Scott Fleming, an officer of the United States, in violation of Title 18, United States Code, Sections 111(a)(1) and (b), as charged in Count Three of this Complaint, did knowingly use and carry a .38 caliber Charter Arms Bulldog revolver, and did possess and discharge that firearm in furtherance of such crime, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

**Count Seven:** On or about December 24, 2017, at or near Amado, in the District of Arizona, **Roberto Ramirez**, during and in relation to a crime of violence, to wit: Aggravated Assault on United States Border Patrol Agent Charles Grimes, an officer of the United States, in violation of Title 18, United States Code, Sections 111(a)(1) and (b), as charged in Count Four of this Complaint, did knowingly use and carry a .38 caliber Charter Arms Bulldog revolver, and did possess and discharge that firearm in furtherance of such crime, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

**Continued on Next Page . . .**

Continued from the Front . . .

**Count Eight:** On or about December 24, 2017, at or near Amado, in the District of Arizona, **Roberto Ramirez**, during and in relation to a crime of violence, to wit: Aggravated Assault on United States Border Patrol Agent James St. Louis, an officer of the United States, in violation of Title 18, United States Code, Sections 111(a)(1) and (b), as charged in Count Five of this Complaint, did knowingly use and carry a .38 caliber Charter Arms Bulldog revolver, and did possess and discharge that firearm in furtherance of such crime, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

**Count Nine:** On or about December 24, 2017, at or near Amado, in the District of Arizona, **Roberto Ramirez** did intentionally and forcibly assault United States Border Patrol Agent James St. Louis, an officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, **Roberto Ramirez** intentionally drove his vehicle, a deadly and dangerous weapon, at a pursuing vehicle being driven by Agent St. Louis, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

**Count Ten:** On or about December 24, 2017, at or near Amado, in the District of Arizona, **Roberto Ramirez** did intentionally and forcibly assault United States Border Patrol Agent Scott Fleming, an officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, **Roberto Ramirez** intentionally drove his vehicle, a deadly and dangerous weapon, at a pursuing vehicle being driven by Agent Fleming, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about December 24, 2017, at or near Amado, in the District of Arizona, United States Border Patrol Agent (BPA) Zachary Eitrem observed a 2005 black Ford Escape, bearing Arizona license plate CBB6424, approach the primary inspection lanes at the Immigration Checkpoint on Interstate 19. BPA Eitrem noticed the driver's hands were shaking tremendously as he was holding a cigarette and the driver, later identified as **Robert Ramirez,** did not want to make eye contact. The passengers, later identified as German Vasquez-Luna and Eduardo Villegas-Ocochota, in the vehicle were observed looking straight ahead. **Ramirez** stated that he was going to Tucson and that the passengers were his friends. BPA Eitrem asked the rear passenger, Eduardo Villegas-Ocochota, if he was a United States citizen. **Ramirez** interrupted and answered for the rear passenger. **Ramirez** provided his Arizona driver's license to BPA Eitrem and BPA Eitrem referred **Ramirez** to the secondary area for further inspection. BPA Eitrem held onto **Ramirez's** driver's license.

**Ramirez** stopped the Ford Escape at the secondary inspection area briefly but then he accelerated abruptly through the secondary inspection area and back onto Interstate 19 at a high rate of speed. BPA Scott Fleming and BPA James St. Louis pursued the fleeing vehicle in two separate marked vehicles.

During the pursuit, **Ramirez** drove the Ford Escape at speeds reaching approximately 90 miles per hour. BPA Fleming attempted to perform a Pursuit Intervention Technique but **Ramirez** slowed down his vehicle and attempted to swerve into BPA Fleming's marked vehicle. BPA St. Louis then attempted the same technique but **Ramirez** again slowed down and attempted to swerve into the BPA St. Louis's marked vehicle. Both BPAs Fleming and St. Louis performed evasive maneuvers to avoid colliding with **Ramirez.** **Ramirez** was driving erratically and continued at high rates of speed. BPA Fleming then drove alongside **Ramirez** and observed **Ramirez** hold a gun and point it in his direction. BPA Fleming abruptly hit the brakes and saw **Ramirez** shoot in his direction multiple times. BPA St. Louis also drove alongside **Ramirez** and BPA Charles Grimes, who was the passenger in BPA St. Louis's marked vehicle observed **Ramirez** shoot the gun multiple times in their direction. Shortly thereafter, agents saw the Ford Escape jerk suddenly and flipped multiple times on the eastside shoulder of Interstate 19. Agents observed the rear passenger, Villegas-Ocochota, get ejected from the vehicle and land approximately 20 yards from the where the Ford Escape came to rest. Villegas-Ocochota suffered serious bodily injuries to include a broken collarbone and shoulder.

Continued on Next Page . . .

MATERIAL WITNESSES IN RELATION TO THE CHARGE: German Vasquez-Luna and Eduardo Villegas-Ocochota

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA LMG2 /LMG/ | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>HSI |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE December 27, 2017 |

1) See Federal rules of Criminal Procedure Rules 3 and 54

Agents recovered the firearm at the crash scene and later determined it to be a .38 caliber Charter Arms Bulldog revolver that had been reported stolen by Tucson Police Department. Agents recovered multiple rounds of .38 caliber ammunition from **Ramirez's** person.

Material witness German Vasquez-Luna stated that he had made arrangements in Mexico to be smuggled into the United States for money. Vasquez-Luna further stated that he was to pay a total of $7,000 to be smuggled to Kalamazoo, Michigan, where he planned to work at a stable. Vasquez-Luna stated he had never met the driver of the Ford Escape before he was picked up earlier that day somewhere near Nogales, Arizona. Vasquez-Luna stated that the driver of the Ford Escape stated, "This time they are not going to catch me," as he fled the checkpoint at a high rate of speed. Vasquez-Luna stated that the driver was driving erratically at a high rate of speed and kept slamming on his brakes trying to block the BPA's vehicle. Vasquez-Luna stated that the driver took out a pistol and first fired one shot out the window in the air and then fired three or four shots towards the pursuing BPA's vehicle. Vasquez-Luna stated that the driver was attempting to reload the pistol when he lost control of the vehicle and crashed.

Material witness Eduardo Villegas-Ocochota stated that he made arrangements in Mexico to be smuggled into the United States for money. Villegas-Ocochota further stated that he crossed illegally from Mexico and had no papers to be in the United States legally. Villegas-Ocochota stated that he had paid 17,000 Mexican Pesos already and owed approximately 143,000 Mexican Pesos to be smuggled to Kalamazoo, Michigan, where he planned to work. Villegas-Ocochota stated that he crossed from Mexico into the United States in the desert earlier in the day and was later picked up by a pickup truck and then later transferred to the Ford Escape. Villegas-Ocochota stated that that the driver of the Ford Escape took off from the checkpoint, was driving faster than the other cars, and was weaving in the lane. Villegas-Ocochota stated that the driver took out a pistol and first shot out the window and then fired back at the police. Villegas-Ocochota stated that he and the other passenger were telling the driver to stop. Villegas-Ocochota stated the he thinks the driver was trying to reload the pistol when the vehicle crashed. Villegas-Ocochota stated that when the vehicle crashed, he was ejected from the vehicle and suffered a broken shoulder and broken collarbone among other injuries.

**Ramirez** was advised of his *Miranda* Rights, acknowledged that he understood them, and signed the *Miranda* Rights form agreeing to answer questions without the presence of an attorney. **Ramirez** initially stated that the front seat passenger gave him the gun and told him to shoot at the BPAs. **Ramirez** later stated that he got paid $500 for each illegal alien to transport them to Phoenix, Arizona. **Ramirez** stated that he got scared at the checkpoint and drove away. **Ramirez** further stated that he was driving at approximately 85 miles per hour. **Ramirez** admitted he took the firearm from under the seat and fired five times out the window. **Ramirez** said that he lost control when his vehicle was bumped. **Ramirez** also stated that he bought the firearm two days ago to kill his father. **Ramirez** stated that he was working off a debt his father owed to the cartel.